JS44 (Rev. 11/04)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

c/o Noble Shekhem El Bey
See Attachments

## DEFENDANTS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

MGI WorldCom Inc, et al
Patrick Mohan Judge Law Clerk

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties IN Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place Of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## V. NATURE OF SUIT (PLACE AN "x" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury — Med Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☒ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (Specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $30,200,000 Check YES only if demanded IN complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions)
JUDGE (AJG)    DOCKET NUMBER 02-13533 (AJG)

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

26

# UNITED STATES BANKRUPCTY COURT
## SOUTHERN DISTRICT OF NEW YORK
### CASE NUMBER:

| | |
|---|---|
| PLAINTIFF: Noble, Shekhem, El Bey and Creditor<br><br>Vs.<br><br>DEFENDANT(S): | )<br>)   INFORMAL MOTION<br>) FEDERAL BILL OF CRIMINAL<br>) INDICTMENT FOR EXTORTION<br>)  RACKETEERING AND FRAUD<br>)<br>) |

PROABABLE CAUSE ACTION: CRIMINAL CONSPIRCY CHARGES;
Charging Language:
**Pursuant to the criminal code of Indictment for the state of North Carolina**

**EXTORTION   N.C.S.G. 14-118.4   Class F felonies by way of Blackmail**
N.C.G.S. 14-118 acting in concert and criminal collusion with criminal intent
.to defraud and hinder other tort action or Tort Interference
by way and mean of Secreting Personal Property to Hinder Federal Tort Action
and extort for payment, funds, moneys, arising from settlement action not
not concerning the subjects and defendants listed herein complaint affidavit report

Unlawfully, willfully, and feloniously did threaten and communicate a threat and harass
<u>Noble, Shekhem, El Bey</u> for money asking for settlement funds, or money be for the
Cases where settle in addition to criminal scamming with criminal intent to take
Or steel document concerning tort action and interfere, by ways lies, deceit, in bad faith
Obtaining paper, files, records and documents concerning the legal case matter of
Complaint ant by way and means criminal stocking,
**Secreting Personal Property to Hinder Enforcement of Security Interest ;**
**Pursuant N.C.G.S. 14-115  but not limited to Federal Charges**
Theses act where done in secrete with criminal intent of defrauding the injury party
And complaint ant
Unlawful transfer of property with criminal intent of prevent dejure owener and
Creditor from finding it by way Color of Law Scam a title 42 violation
Using State statutes to defraud complaint ant Class 2 misdemeanor has been up graded
To Class F, felony including criminal forgery Pursuant to N.C.G.S. 14-120,/
N.C.G.S. 14-119 Class I felony to injure and defraud complaint ant

Page 4 of 1 Part (A) Continue

*Request Oath of Office and Bond Insurance*
*Concerning Judge Law Clerk, Asst,*
*More than 22,000 Page Concerning Matter*

Part (A)  Continue

Concerning charges of racial discrimination, religious discrimination, and criminal harassment in collusion with other subject with acting in concert with other Subject unlawfully, willfully, feloniously, with criminal motive and intent Of unlawful manufacturing ( u.\T.D.C.) –Tactics with criminal intent to defraud For money

By way of
- Criminal stocking
- Lies and deception
- Harassment
- Criminal Interference by third party( unlawful acts where encourage by others subject and defendant with hidden motive to defraud and hinder promoting other in conspiracy to add an abet in fraud and discrimination (In Re: Hate Crime)

Corruptly use and misapply color statute(s)  adding an abetting Other subjects with unlawful criminal motives, and intent to injure and defraud

Criminal Malfeasance of Corporate Officer(s) pursuant to N.C.G.S. 14-254

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, 5TH FLOOR
NEW YORK, NEW YORK 10004-1408

CHAMBERS OF
ARTHUR J. GONZALEZ
UNITED STATES BANKRUPTCY JUDGE

(212) 668-2894

May 15, 2007

Ambassador, Noble, Shekhem, El Bey
Mo. Cherokee Kitawah Nation via U.S.A.
301 South Tryon Street
Suite 35-135
Charlotte, North Carolina
28282

Re: Correspondence & Requests

Ambassador, Noble, Shekhem, El Bey;

    After reviewing the papers you submitted, the Court treats your submissions, collectively, as a request for the Court to submit a report the United States attorney under section 3057 of title 18 of the United States Code. Based on the Court's understanding of your submissions, the Court has determined that there is not a sufficient basis to warrant a report to the United States attorney.

    Section 3057 of title 18 of the United States Code provides

> (a) Any judge, receiver, or trustee having reasonable grounds for believing that any violation under chapter 9 of [title 18 of the United States Code] or other laws of the United States relating to insolvent debtors, receiverships or reorganization plans has been committed, or that an investigation should be had in connection therewith, shall report to the appropriate United States attorney all the facts and circumstances of the case, the names of the witnesses and the offense or offenses believed to have been committed. Where one of such officers has made such report, the others need not do so.
>
> (b) The United States attorney thereupon shall inquire into the facts and report thereon to the judge and if it appears probable that any such offense has been committed, shall without delay, present the matter to the grand jury, unless upon inquiry and examination he decides that the ends of public justice do not require investigation

> or prosecution, in which case he shall report the facts to the
> Attorney General for his direction.

First, the Court notes that activity justifying a referral to the United States attorney must relate to, "chapter 9 of [title 18 of the United States Code] or other laws of the United States relating to insolvent debtors, receiverships or reorganization plans."

"When a Bankruptcy Court has 'reasonable grounds' for believing that violations of the Bankruptcy Code have been committed, it is under a duty to report to the United States Attorney all the facts and circumstances regarding the alleged violations." *In re Parr*, 4 B.R. 646, 648 (Bankr. E.D.N.Y. 1980) (citing *In re Botany Industries, Inc.*, 463 F. Supp. 793, 799 (E.D.Pa. 1978) aff'd 609 F.2d 500 (3rd Cir. 1979)).

Although you have made various allegations as to the conduct of the Debtors and various other parties, the Court has determined, based on the Court's understanding of the materials submitted, that no reasonable grounds exist for the Court to believe that any violations of bankruptcy laws have been committed. Furthermore, based on the Court's understanding of the materials you have submitted, the Court has determined that no independent grounds exist to warrant an investigation into the alleged activity.

Therefore, the Court has determined that a recommendation to the United States attorney under section 3057 of title 18 of the United States Code is not warranted. However, nothing herein restricts your right to request assistance from any other government authority regarding your allegations if you deem any such request appropriate.

Respectfully,

*Patrick R. Mohan*
Patrick Mohan
Law Clerk to the Hon. Arthur J. Gonzalez

ED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES CUSTOM HOUSE
ONE BOWLING GREEN, 6TH FLOOR
NEW YORK, NY 10004-1408

OFFICIAL BUSINESS



Ambassador, Noble, Shekhem, El Bey
Mo. Cherokee Kitauah Nation via U.S.A
301 South Tryon Street
Suite 35-135
Charlotte, North Carolia
28282

**UNITED STATES BANKRUPTCY COURT**
**SOUHERN DISTRICT OF NEW YORK**

FILE COPY

---

CEDITOR(S); DEPARTMENT OF MOORISH AFFAIRS (D.OM.A.) PA., *et al.*,
    NATIONAL INDIGENOUS BAR ASSOCIATION (N.I.B.A.) PA., *et al.*,
    AND OTHER DEPARTMENT(S) ,UNITS, AGENCY,
    LISTED IN THE BEGANING OF THIS LAW SUIT
    AND CLASS ACTION

                                                      **Chapter 11**
Vs.                                                  CASE No.02-13533 (AJG)
                                                  Jointly Administered
DEBTORS                                       **AMENDED MITGATION**
In Re; MCI WORLDCOM INC., *et al.*,            **RESOLUTION**
      WORLDCOM INC., *et al.*,


To; WEIL, GOTSHAL & MANGES LLP
    700 LOUISIANA SUITE 1600
    HOUSTON, TEXAS 77002

IN RE: TO COVERSATION BETWEEN NOBLE, SHEKHEM EL BEY AND ALFREDO R. PEREZ
    IN MARCH OF 2006,

    THE CEDITOR(S); HEREBY AGREED TO LOWER THE AMOUNT OF DAMAGES FROM
    $31,000,000; DOWN TO $30,200,000; A MERCYFUL REDUCTION OF $800,000;
    IN GOOD FAITH TO REACH A FINAL SETTLEMENT RESOLUTION AGREEMENT
    ON AMOUNT TO BE PAID TO CREDTOR(S) LISTED HEREIN THIS ACTION BY
    LUMP SUM
    TO: NOBLE, SHEKHEM, EL BEY.

IN RE; TO DAMGES THAT WHERE SPECIFICED IN UNITED STATES DISTRICT COURT IN
    STATE OF ILLINOIS.


ARTICLE NUMBER: 7005 1160 0002 2970 9847 BY WAY VIA U.S. CERTFIED MAIL

NUMBER OF PAGE(S)[_____]

*Noble, Shekhem El Bey* (signature)



## CREDITOR & CREDITORS

1. D.O.M.A.: -(Department of Moorish Affairs).
2. N.I.H.R.C.: -(National Indigenous Human Rights Commission, Peace Mission to Geneva 10 United Nations. H.C.F.H.R).
3. N.I.B.A.:-(National Indigenous Bar Association)
4. I.I.B.A.: - (International Indigenous Bar Association)
5. N.I.T.A.P.A.:-(National Indigenous Trial and Procedure Academy)
6. N.I.H.R.C: - (National Indigenous Human Rights Commission).
7. I.I.H.R.C.: - (International Indigenous Human Rights Commission).
8. N.N.A.N.M.A: - (National Native Amexem Natural Medicine Association),
   Subsidiaries: - Foreign & Domestic Institutions & Department

C/o  N.I.B.A & D.O.M.A. PA Jointly Amd.
Attn: Abassador, Noble, Shekhem, El Bey
      Non resident, /Consular Post
      Mo Ani Cherokee Kitawah Nation Via U.S.A.
      Charlotte North Carolina Province
      [2]8]2]8]2] Mail Stop

Coded Title Domestise Oporation Management Agency/PA/C7*
              ↑         ↑         ↑              ↑
              D    ,    O    ,    M       ,      A

Rosa & Associates PA

# PROFESSIONAL MEDICAL
## HOME HEALTHCARE
— Atlanta —

INVOICE # 156756

SOLD TO:

CUSTOMER

Phone #

| Cust Order # | Salesman | Terms | P.O. # | Fob | Date |
|---|---|---|---|---|---|
| A | PERNMELL | CASH | | | 12/02/06 |

| Part No. | Description | QTY B/O | Unit Price | Amount |
|---|---|---|---|---|
| | SCRUB SET | 2.00 | 13.99 | 27.98 |

| | | |
|---|---|---|
| Subtotal | $ | 27.98 |
| Salestax | $ | 1.96 |
| Grandtotal | $ | 29.94 |
| Amount Paid | $ | 0.00 |
| Balance Due | $ | 29.94 |

X _____

The undersigned acknowledges receipt of the medical equipment in good condition and is responsible for its safekeeping. Rented equipment is not to be removed from the place of delivery without the consent of Professional Medical. The undersigned agrees to hold Professional Medical free from liability for any damages that may occur as a result of the use of any medical equipment or supply provided. If equipment damage occurs the beneficiary/agent is responsible. If for any reason the patients insurance denies payment for equipment/supplies the patient shall be responsible for payment. Medicare recipient acknowledges being provided with information pertaining to the rental/purchase option.

SALES • SERVICE • HOME MEDICAL EQUIPMENT • PHARMACY • IV ANTIBIOTICS

4859-C Memorial Drive • Stone Mountain, GA 30083
(404)292-9190 • (404)299-7372 • FAX (404)508-9225

