```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

NOBLE SHEKHEM EL BEY,                :

           Appellant,         :        **ORDER**

    - against -                     :        08 Civ. 3654 (DC)

WORLDCOM, INC.,                      :

           Appellee.         :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        By memorandum and order dated August 13, 2008, I dismissed this case. On August 15, 2008, appellant again telephoned my chambers to request unspecified relief. This time he described himself simultaneously as an "attorney representing the corporate interests," "CEO of the corporate interests," and an "ambassador of the Cherokee Nation." My law clerk again directed him to contact the Court's pro se office. He responded by telling her that she was "on notice."

        Appellant is ORDERED not to contact my chambers by telephone. All communication with the Court shall be in writing.

        SO ORDERED.

Dated:    New York, New York
           August 25, 2008

                                        DENNY CHIN
                                        United States District Judge